UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| MIRIAM LOWELL and SETH HEALEY,　　　　)<br>　　　　　　　　　　　　　　　　　　　　　　　)<br>　　Plaintiffs,　　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　　　　　)<br>　　v.　　　　　　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　　　　　)<br>VERMONT DEPARTMENT OF　　　　　　　)<br>CHILDREN AND FAMILIES, ("DCF");　　　　)<br>KENNETH SCHATZ, *Commissioner, DCF*;　)<br>KAREN SHEA, *Deputy Commissioner for*　)<br>*the Family Services Division ("FSD"), DCF*;　)<br>CHRISTINE JOHNSON, *Deputy*　　　　　　)<br>*Commissioner for FSD, DCF*, EMILY　　　　)<br>CARRIER, *District Director, DCF*;　　　　　)<br>CATHERINE CLARK, *Director,*　　　　　　)<br>*Commissioner's Registry Review Unit, DCF*;　)<br>KATHLEEN SMITH, *Family Services*　　　)<br>*Supervisor, DCF*; CHRISTINE GADWAH,　　)<br>*Family Services Worker, DCF*; KATHLEEN　)<br>GREENMUN, *Substantiation Hearing*　　　)<br>*Officer, DCF*; JOHN and JANE DOES 1–10,　)<br>　　　　　　　　　　　　　　　　　　　　　　　)<br>　　Defendants.　　　　　　　　　　　　　　　)  | Case No. 5:19-cv-150 |

**ORDER SEEKING REPORT ON ADMINISTRATIVE PROCEEDINGS**

By order dated November 18, 2019, the court stayed discovery until Plaintiffs completed the administrative review of DCF's substantiation determination. (Doc. 36.) A year later by order dated December 10, 2020, the court renewed this ruling. The court requests that Plaintiffs file a report with the court describing the current status of the administrative review process within 14 days. Defendants have 7 days thereafter to supplement the report if necessary.

Dated at Burlington, in the District of Vermont, this 30th day of September, 2022.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Geoffrey W. Crawford, Chief Judge
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Court